UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Daniel Monohon
    Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4-14-CV-00305

BNSF Railway Company
    Defendant

JURY VERDICT.  This action came before the Court for trial by jury.  Issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED:
Per jury verdict of May 20, 2016 judgment is in favor of the plaintiff Daniel Monohon and against the defendant BNSF Railway Company for past lost wages in the amount of $269,500, past lost benefits in the amount of $131,500 and emotional distress in the amount of $99,000 for a total jury verdict of $500,000.

Per order [166] filed on December 27, 2016, Plaintiff's Motion for Attorney Fees and Costs is granted in the sum of $231,644.72.

Per order [167] filed on December 27, 2016, Plaintiff's Motion for Final Judgment is granted and he is awarded three years of front pay in the sum of $301,734. A grand total of $1,033,378.72 is awarded to Plaintiff in this case.

Date: December 30, 2016        CLERK, U.S. DISTRICT COURT
                                           /s/Donnell Vance
                                           By: Deputy Clerk