IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DANIEL MONOHON, | * | |
| Plaintiff, | * | 4:14-cv-00305 |
| v. | * | |
| BNSF RAILWAY COMPANY, | * | ORDER |
| Defendant. | * | |

A settlement conference in this matter was held on November 1, 2022, before United States Magistrate Judge Stephen Jackson. ECF No. 289. The case did not settle. *Id.* Therefore, the Court orders the parties to submit supplemental briefing on the remaining disputes in this case by November 22, 2022. ECF No. 280.

IT IS SO ORDERED.

Dated this 8th day of November, 2022.

ROBERT W. PRATT, Judge
U.S. DISTRICT COURT