# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **DANIEL MONOHON,** ) | Case No. 4:14-cv-00305-SMR-SBJ |
| ) | |
| **Plaintiff,** ) | |
| ) | **UNOPPOSED MOTION TO** |
| vs. ) | **EXTEND DEADLINE** |
| ) | |
| **BNSF RAILWAY COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

BNSF Railway Company ("BNSF"), respectfully requests the Court for an extension of 21 days from the current deadline of December 16, 2022 to January 6, 2023 for the filing of closing documents with the Court as per the November 15, 2022 Text Order (Doc. 293). The parties require the additional time to complete the resolution of the lawsuit. BNSF's counsel has consulted with counsel for plaintiff and they do not have an objection to this motion.

WHEREFORE BNSF respectfully requests that the Court grant its Motion to extend the current deadline to file closing documents with the Court from December 16, 2022 to January 6, 2023.

> BNSF Railway Company,
> Defendant
>
> By: */s/ Nichole S. Bogen*
> Nichole S. Bogen, *pro hac vice*
> David J. Schmitt, AT 0007006
> LAMSON DUGAN & MURRAY LLP
> 701 P Street, Suite 301
> The Creamery Building
> Lincoln, NE 68508
> Tel: (402) 397-7300
> Fax: (402) 475-9419
> nbogen@ldmlaw.com
> dschmitt@ldmlaw.com
> And

Bryan P. Neal, *pro hac vice*  
Holland & Knight LLP  
One Arts Plaza  
1722 Routh Street, Suite 1500  
Dallas, TX 75201  
Telephone: (214) 969-1762  
Telefax: (214) 969-1751  
bryan.neal@hklaw.com  

ATTORNEYS FOR BNSF RAILWAY COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th of December, 2022, I electronically filed the foregoing **Unopposed Motion for Extension** with the Clerk of Court using CM/EFC system which sent notification of such filing to the following:

Corey L. Stull  
Jeannette Stull  
ATWOOD, HOLSTEN, BROWN,  
DEAVER, SPIER & ISRAEL, P.C., L.L.O.  
575 Fallbrook Blvd., Ste. 206  
Lincoln, NE 68521  
cstull@atwoodlawyers.com  
jstull@atwoodlawyers.com  

*/s/ Nichole S. Bogen*  
Nichole S. Bogen