IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DANIEL MONOHON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 4:14-CV-00305 |
| BNSF RAILWAY COMPANY, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Daniel Monohon, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismisses his claims in this lawsuit with prejudice, with each party to bear its own costs of court and attorney's fees except as may have been agreed otherwise. Defendant BNSF Railway Company, by the signature of its counsel below, stipulates to this dismissal with prejudice.

Respectfully submitted,

_____
Corey L. Stull, AT0007639
(Iowa Bar #18672)
Jeanette Stull (NE Bar #21257)
ATWOOD, HOLSTEN, BROWN,
DEAVER, SPIER & ISRAEL,
P.C. L.L.O.
575 Fallbrook Boulevard, Suite 206
Lincoln, Nebraska 68521
(402) 476-4400
(402) 476-4410 (f)
cstull@atwoodlawyers.com
jstull@atwoodlawyers.com

ATTORNEYS FOR PLAINTIFF
DANIEL MONOHON

_____
Nichole S. Bogen, *Pro Hac Vice*
David J. Schmitt, AT 0007006
LAMSON DUGAN & MURRAY LLP
701 P Street, Suite 301
The Creamery Building
Lincoln NE 68508
Tel: (402) 475-9400
Fax: (402) 475-9419
nbogen@ldmlaw.com
dschmitt@ldmlaw.com
And
Bryan P. Neal, *Pro Hac Vice*
Holland & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1762
Telefax: (214) 969-1751
bryan.neal@hklaw.com
ATTORNEYS FOR DEFENDANT
BNSF RAILWAY COMPANY

STIPULATION OF DISMISSAL WITH PREJUDICE — SOLE PAGE