IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DANIEL MONOHON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 4:14-CV-00305 |
| BNSF RAILWAY COMPANY, | ) ) ) |
| Defendant. | ) ) |

**SATISFACTION OF JUDGMENT**

Plaintiff Daniel Monohon and Defendant BNSF Railway Company jointly submit this Satisfaction of Judgment. The parties jointly confirm and acknowledge that all judgments entered by this Court, and by the United States Court of Appeals for the Eighth Circuit, in the matter have been fully satisfied by BNSF. The parties respectfully request that the Court enter any orders or notations necessary to reflect the fact that the judgments have been fully satisfied.

Respectfully submitted,

_____
Corey L. Stull, AT0007639
(Iowa Bar #18672)
Jeanette Stull (NE Bar #21257)
ATWOOD, HOLSTEN, BROWN,
DEAVER, SPIER & ISRAEL,
P.C. L.L.O.
575 Fallbrook Boulevard, Suite 206
Lincoln, Nebraska 68521
(402) 476-4400
(402) 476-4410 (f)
cstull@atwoodlawyers.com
jstull@atwoodlawyers.com

ATTORNEYS FOR PLAINTIFF
DANIEL MONOHON

_____
Nichole S. Bogen, *Pro Hac Vice*
David J. Schmitt, AT 0007006
LAMSON DUGAN & MURRAY LLP
701 P Street, Suite 301
The Creamery Building
Lincoln NE 68508
Tel: (402) 475-9400
Fax: (402) 475-9419
nbogen@ldmlaw.com
dschmitt@ldmlaw.com
And
Bryan P. Neal, *Pro Hac Vice*
Holland & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1762
Telefax: (214) 969-1751
bryan.neal@hklaw.com
ATTORNEYS FOR DEFENDANT
BNSF RAILWAY COMPANY

SATISFACTION OF JUDGMENT — SOLE PAGE