# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2504

_____

Daniel Monohon

Plaintiff - Appellee

v.

BNSF Railway Company, a corporation

Defendant - Appellant

------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:14-cv-00305-RP)

------

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 06, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans