# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2504

Daniel Monohon

Appellee

v.

BNSF Railway Company, a corporation

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:14-cv-00305-RP)

---

## MANDATE

In accordance with the judgment of January 6, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 06, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit